UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-3834 PA (FFMx) | Date | September 20, 2017 |
|---|---|---|---|
| Title | Phillip Dixon, Jr. v. Central Financial Control | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

On July 28, 2017, the Court granted Plaintiff's motion requesting service of his complaint by the United States Marshal. (Docket No. 9.) The Court's Order required Plaintiff to provide the United States Marshal with all information required to effectuate service by no later than August 18, 2017, and further required Plaintiff to file a declaration establishing his compliance with the Order by August 25, 2017.

To date, Plaintiff has not filed a declaration as required by the Court's July 28 Order. Accordingly, the court, on its own motion, orders plaintiff to show cause in writing on or before **October 2, 2017**, why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of plaintiff's response. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the complaint.

IT IS SO ORDERED.